```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SUSAN PHAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01: 03-CR-5444 OWW |
| Plaintiff, | MOTION AND PROPOSED ORDER TO DISMISS INDICTMENT |
| v. | |
| GERARDO NARANJO-DELGADO, | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against GERARDO NARANJO-DELGADO without prejudice in the interest of justice.

DATED: April 30, 2009              Respectfully submitted,

                                   LAWRENCE G. BROWN
                                   Acting United States Attorney

                              By:  /s/ Susan Phan
                                   SUSAN PHAN
                                   Assistant U.S. Attorney

1

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed against defendant GERARDO NARANJO-DELGADO without prejudice in the interest of justice.

                                           IT IS SO ORDERED.

**Dated: May 6, 2009**                     **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE